Brown | Poore LLP
Scott A. Brown (SBN 177099)
David M. Poore (SBN 192541)
1350 Treat Boulevard, Suite 420
Walnut Creek, California, 94597
Telephone: (925) 943-1166
Facsimile: (925) 955-8600
sbrown@bplegalgroup.com

Attorneys for Plaintiff
AMBRIES PICHON

Robert A. Dolinko (State Bar No. 076256)
rdolinko@nixonpeabody.com
Hillary J. Baca (State Bar No. 288068)
hbaca@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendant
THE HERTZ CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBRIES PICHON, individually<br><br>    Plaintiff,<br><br>    vs.<br><br>THE HERTZ CORPORATION, and DOES 1-20,<br><br>    Defendant(s). | Case Number: 3:17-cv-02391-EMC<br><br>**JOINT STIPULATION WITHDRAWING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, REQUESTING VACATION OF TRIAL DATE** |

In response to Courtroom Deputy Betty P. Lee's e-mail to counsel dated June 26, 2018, Plaintiff Ambries Pichon ("Plaintiff") and Defendant The Hertz Corporation ("Hertz") (together "the Parties"), by and through their respective undersigned counsel, having knowledge that the Parties have achieved a resolution of their disputes: (1) request that Defendant's motion for summary judgment scheduled for hearing July 3, 2018 be withdrawn; and (2) request that the trial date of September 5, 2018 be vacated. The parties anticipate filing a Stipulation of Dismissal no later than July 20, 2018.

IT IS SO STIPULATED.

Dated: June 26, 2018　　　　　　　　Brown | Poore LLP
　　　　　　　　　　　　　　　　　　*/s/ Scott A. Brown*
　　　　　　　　　　　　　　　　　　Scott A. Brown
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　AMBRIES PICHON


Dated: June 26, 2018　　　　　　　　NIXON PEABODY LLP
　　　　　　　　　　　　　　　　　　*/s/ Robert A. Dolinko*
　　　　　　　　　　　　　　　　　　Robert A. Dolinko
　　　　　　　　　　　　　　　　　　Hillary J. Baca
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　THE HERTZ CORPORATION

<u>GENERAL ORDER 45 SUBSECTION (X)(B) ATTESTATION</u>

I hereby attest that concurrence in the filing of the document has been obtained from Scott A. Brown.

　　　　　　　　　　　　　　　　　　*/s/ Robert A. Dolinko*
　　　　　　　　　　　　　　　　　　Robert A. Dolinko



IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA